UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 02-20450CR-HOEVELER

18 U.S.C. § 3146(a)(1)
18 U.S.C. § 2

MAGISTRATE JUDGE
DUBÉ

UNITED STATES OF AMERICA

v.

WILLIAM MORAN
_____/

FILED BY _____
02 MAY 17 PH 4:51
CLERK U.S. DIST. CT.
S.D. OF FLA.

### INFORMATION

The United States Attorney charges that:

### Count 1

On or about July 17, 1998, at Miami-Dade County, in the Southern District of Florida, the defendant,

**WILLIAM MORAN,**

having previously been charged with violations of Title 18, United States Code, Sections 1962(d) and 1956(h), that is, conspiracy to violate RICO and conspiracy to commit money laundering, offenses both punishable by twenty years' imprisonment and having been released by the United States District Court for the Southern District of Florida pursuant to Chapter 207 of Title 18, United States Code, in United States v. Miguel Rodriguez-Orejuela, et. al., Case No. 93-470-CR-Hoeveler, did knowingly fail to appear before said Court as required by the conditions of his release, in that



the defendant failed to appear for trial as ordered on or about June 7, 1995, by said Court, in violation of Title 18, United States Code, Sections 3146(a)(1) and 2.

_____
GUY A. LEWIS
UNITED STATES ATTORNEY

_____
EDWARD R. RYAN
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

02-20450-CR-HOEVELER

UNITED STATES OF AMERICA

CASE NO. _____

v.

WILLIAM MORAN

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:** MAGISTRATE JUDGE DUBÉ

**Court Division:** (Select One)

New Defendant(s)           Yes ___ No ___
Number of New Defendants  ___
Total number of counts    ___

_X_ Miami   ___ Key West
___ FTL     ___ WPB   ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:      (Yes or No) ___No___
   List language and/or dialect _____

4. This case will take __3__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                              (Check only one)

   I    0 to 5 days      _X_         Petty      ___
   II   6 to 10 days     ___         Minor      ___
   III  11 to 20 days    ___         Misdem.    ___
   IV   21 to 60 days    ___         Felony     _X_
   V    61 days and over ___

6. Has this case been previously filed in this District Court? (Yes or No) __No__
   If yes:
   Judge: _____                Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter? (Yes or No) __No__
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: ___93-470-CR-Hoeveler___
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____  District of _____

   Is this a potential death penalty case? (Yes or No) ___No___

7. Does this case originate from a matter pending in the U.S. Attorney's Office prior to April 1, 1999? _X_ Yes ___ No   If yes, was it pending in the Central Region? ___ Yes _X_ No

8. Did this case originate in the Narcotics Section, Miami? _X_ Yes ___ No

EDWARD R. RYAN
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. A500053

*Penalty Sheet(s) attached

REV.6/27/00

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

02-20450-CR-HOEVELER

**Defendant's Name**: William Moran     **Case No**: _____

Count #: I

                        Failure to Appear     MAGISTRATE JUDGE DUBÉ
                           18 U.S.C. § 3146

**\* Max.Penalty**:     10 years' imprisonment

Count #: II

**\*Max. Penalty**:

Count #: III

**\*Max. Penalty**:

Count #: IV

**\*Max. Penalty**:

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.