USDC FLSD 245B (Rev. 3/01) - Judgment in a Criminal Case

Page 1 of 4

# United States District Court
## Southern District of Florida
### MIAMI DIVISION

MAY 28 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| | (For Offenses Committed On or After November 1, 1987) |

v.                                                    **Case Number: 02-20450-CR-HOEVELER**

**WILLIAM MITCHELL MORAN**

Counsel For Defendant: Holly Skolnick, Esq.
Counsel For The United States: Edward R. Ryan, Esq.
Court Reporter: Patricia Sanders

---

The defendant pleaded guilty to Count one of the Information.
ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offense(s):

| TITLE/SECTION NUMBER | NATURE OF OFFENSE | DATE OFFENSE CONCLUDED | COUNT |
|---|---|---|---|
| 18 U.S.C. 3146(a)(1) and 2 | Failure to appear | 7/17/1998 | One |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec. No. 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
Defendant's Date of Birth: October 14, 1938
Deft's U.S. Marshal No.: 48851-004

Date of Imposition of Sentence:
May 20, 2002

Defendant's Mailing Address:
in custody

Defendant's Residence Address:
in custody

WILLIAM M. HOEVELER
United States District Judge

May ___,2002

MAY 1 2002

DEFENDANT: WILLIAM MORAN
CASE NUMBER: 02-20450-CR-HOEVELER

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **1 day to run consecutive to the sentence in case number 93-470-CR-HOEVELER(s)(s)(s)(s)**.

The Court recommends to the Bureau of Prisons:

   F.C.I. Beaumont, TX

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.


                                                    _____
                                                    UNITED STATES MARSHAL


                                        By:_____
                                                    Deputy U.S. Marshal

DEFENDANT: WILLIAM MORAN
CASE NUMBER: 02-20450-CR-HOEVELER

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth in the Schedule of Payments.

| Total Assessment | Total Fine | Total Restitution |
|---|---|---|
| **$100.00** | **$** | **$** |

*Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18, United States Code, for offenses committed on or after September 13, 1994 but before April 23, 1996.

DEFENDANT: WILLIAM MORAN
CASE NUMBER: 02-20450-CR-HOEVELER

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

> A. Lump sum payment of **$100.00** due immediately.

Unless the court has expressly ordered otherwise in the special instructions above, if this judgment imposes a period of imprisonment, payment of criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court, unless otherwise directed by the court, the probation officer, or the United States attorney.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

**The assessment/fine/restitution is payable to the U.S. COURTS and is to be addressed to:**

> **U.S. CLERK'S OFFICE**
> **ATTN: FINANCIAL SECTION**
> **301 N. MIAMI AVENUE, ROOM 150**
> **MIAMI, FLORIDA 33128**

**The assessment/fine/restitution is payable immediately. The U.S. Bureau of Prisons, U.S. Probation Office and the U.S. Attorney's Office are responsible for the enforcement of this order.**

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) community restitution, (6) fine interest (7) penalties, and (8) costs, including cost of prosecution and court costs.